# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

## PRETRIAL CONFERENCE

City of Minneapolis,
          Plaintiff,

v.

Redflex Traffic Systems, Inc.,
          Defendant.

**COURT MINUTES**
BEFORE: Susan Richard Nelson
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | CV-10-3312 ADM/SRN |
| Date: | October 20, 2010 |
| Court Reporter: | |
| Tape Number: | |
| Time Commenced: | 3:15 p.m. |
| Time Concluded: | 3:30 p.m. |
| Time in Court: | 15 Minutes |

APPEARANCES:

    For Plaintiff:      Amanda M. Trelstad, Tracey N. Fussy
    For Defendant:   David L. Shulman

    Interpreter / Language:    /

Pretrial Scheduling Conference held before Susan Richard Nelson, United States Magistrate Judge, at Minneapolis, Minnesota.

Scheduling order to be issued.

                                                               s/ Beverly Riches
                                                               Signature of Judicial Assistant