UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**City of Minneapolis,**                                            Civil No. 10-3312 ADM/SRN

      **Plaintiff,**

v.

                                               **PRETRIAL SCHEDULING ORDER**

**Redflex Traffic Systems, Inc.,**

      **Defendant.**

_____

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court as amended effective November 1, 1996, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

**Discovery Plan**

1. **Discovery shall be commenced in time to be completed by October 1, 2011.**

2. All initial disclosures required by Rule 26(a)(1) and shall be completed on or before November 1, 2010.

3. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and full disclosure of expert testimony, required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

    a. By Plaintiff(s) on or before June 1, 2011.

    b. By Defendant(s) on or before August 1, 2011.

4. No more than 25 interrogatories [counted in accordance with Fed. R. Civ. P. 33(a)] shall be served by any party.

    5.    No more than 10 depositions, excluding expert witness depositions, shall be taken by any party.

**Non-Dispositive Motions**

(Non-dispositive motions may be scheduled for hearing by calling Beverly Riches, Calendar Clerk, 612-664-5490.)

    1.    All motions which seek to amend the pleadings or add parties must be served by February 1, 2011.  This deadline does not apply to motions which seek to amend the complaint to add a claim for punitive damages. Such motions must be brought on or before the non-dispositive motion deadline.

    2.    All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by October 1, 2011.

    3.    All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1, and 37.2.

**Dispositive Motions**

    1.    All dispositive motions shall be served and filed by December 1, 2011, or upon resolution of any pending dispositive motions**.** (Counsel may schedule dispositive motions by calling Calendar Clerk Gertie Simon at 612-664-5093.)

    2.    All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

**Trial**

This case shall be ready for trial **(JURY)** on February 1, 2012.   Anticipated length of trial is 5 days.

Dated:   October 20, 2010

     s/ Susan Richard Nelson
Susan Richard Nelson
United States Magistrate Judge